# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| ASAD HASAN MUHUMED, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:16-cv-01982-MHH-SGC |
| ) | |
| SCOTT HASSEL, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This matter is before the court on Respondents' Motion to Dismiss as Moot. (Doc. 12). In the motion, Respondents note that Petitioner Asad Hasan Muhumed was released from ICE custody on February 22, 2017, pursuant to an Order of Supervision. (*Id.* at 1; Doc. 12-1). Because Mr. Muhumed has been released, Respondents contend this case should be dismissed as moot.

On December 12, 2016, Mr. Muhumed filed a petition for writ of habeas corpus seeking to be released from custody pending his removal to Ethiopia. (Doc. 1). Because Mr. Muhumed has been released on an Order of Supervision, his petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral

consequences to avoid mootness doctrine).  Accordingly, this matter is due to be dismissed.  *Khader v. Holder*, 843 F. Supp. 2d 1202 (N.D. Ala. 2011).

The Court will enter a separate final order.

**DONE** and **ORDERED** this March 9, 2017.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE